# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0689
LT Case No. 2022-CF-000968-A

_____

TAMEKA SHERECE CANADA,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Jessica J. Recksiedler, Judge.

Matthew J. Metz, Public Defender, and Susan A. Fagan,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Whitney
Brown Hartless, Assistant Attorney General, Daytona Beach, for
Appellee.

February 28, 2025

SOUD, J.

In this *Anders** case, Appellant Tameka Canada was placed on community control to be followed by a term of probation for her crime of arson. After twice violating the terms of her supervision, the "Minutes, Judgment and Sentence" signed by the trial judge reflect that Canada's supervision was revoked and she was sentenced to sixty months in the Florida state prison system.

We affirm the trial court's revocation of Canada's community control and resulting sentence. However, we remand for entry of an appropriate written order revoking probation.

While a trial court's oral pronouncement of its ruling(s) reflected in minutes signed by the trial judge does not constitute an appealable order, *see* Fla. R. App. P. 9.020(f) (defining an "order" as "[a] decision, order, judgment, decree, or rule of a lower tribunal, excluding minutes and minute book entries"), the Judgment and Sentence here is a rendered and appealable order, even though it is also entitled "Minutes." *See Marshall v. State*, 359 So. 3d 879 (Fla. 5th DCA 2023) (citing *Dep't of Child. & Fams. v. E.G.*, 939 So. 2d 226, 229 (Fla. 5th DCA 2006)). However, the Judgment and Sentence fails to identify the condition(s) of community control Canada was found to have violated, as is required. *See id.*; *see also Font v. State*, 299 So. 3d 627 (Fla. 5th DCA 2020).

Accordingly, we AFFIRM the revocation of Canada's community control and the resulting sixty-month sentence and REMAND this matter to the trial court for entry of an appropriate written order revoking community control that identifies the condition(s) Canada was determined to have violated.

It is so ordered.

LAMBERT and PRATT, JJ., concur.

---

* *See Anders v. California*, 388 U.S. 924 (1967).

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____